CHARLES R. COON, as Administrator of the Estate of SATIRA COON, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Coon* v. *N. Y. C. & H. R. R. R. Co.*, 119 App. Div. 922, affirmed.
(Argued January 13, 1908; decided January 28, 1908.)

·APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 1, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*George H. Cobb* for appellant.

*Henry Purcell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, HISCOCK and CHASE, JJ.　Absent : EDWARD T. BARTLETT and WERNER, JJ.

---

EMILY LINDEN, Appellant, *v.* FERDINAND M. THIERIOT et al., as Executors of PETER MARIE, Deceased, Respondents.

*Linden* v. *Thieriot*, 120 App. Div. 876, affirmed.
(Argued January 13, 1908; decided January 28, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on an alleged contract of guaranty.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Charles H. Ayres* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, HISCOCK and CHASE, JJ.　Absent : EDWARD T. BARTLETT and WERNER, JJ.